tioner.  *Norman C. Shepard* for respondent.

No. 156.  REMMER *v.* UNITED STATES.  Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to the questions presented under III A of the petition for the writ.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.  *John R. Golden, Leslie C. Gillen* and *Spurgeon Avakian* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 255.  MILLINERY CENTER BUILDING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.  Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to questions 1 and 2 presented by the petition for the writ which read as follows:

"1. Where a lessee, the owner of a valuable building on leased land, acquires the fee to the land to be relieved of what it considers to be the burdensome terms of a lease, may the lessee deduct the excess of the payment over the determined value of the land at the date of purchase as an ordinary expense of doing business under § 23 (a) of the United States Internal Revenue Code of 1939 or under § 23 (f) as a loss on a transaction entered into for profit and not compensated for by insurance or otherwise.

"2. In the alternative, may the lessee-petitioner consider the excess payment over the determined value of the land to be in the nature of a prepayment of rent for the remaining term of the extinguished lease and amortize such amount over 21 years?"

*Bernard Weiss* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *Louise Foster* for respondent.